IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01978-AP

KELLY A. BEAUDETTE,

Plaintiff,
v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

ROBERT K. GRUBER
Attorney at Law
3500 S Wadsworth Blvd., Suite 215
Lakewood, CO 80235-2382
Telephone: 303-986-6400
Fax: 303-986-6800
Email: bobgruber@earthlink.net

For Defendant:

JOHN F. WALSH,
United States Attorney
District of Colorado

J. BENEDICT GARCIA,
Assistant United States Attorney

DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

1

    A. Date Complaint Was Filed: July 30, 2012

    B. Date Complaint Was Served on U.S. Attorney's Office: August 8, 2012

    C. Date Answer and Administrative Record Were Filed: October 2, 2012

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    The Administrative record appears to be complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

    The parties do not anticipate submitting additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

    There are no unusual claims or defenses in this case.

7. OTHER MATTERS

    There are no other matters.

8. BRIEFING SCHEDULE

    A.  Plaintiff's Opening Brief Due: November 26, 2012

    B. Defendant's Response Brief Due: December 26, 2012

    C. Plaintiff's Reply Brief (If Any) Due:  January 10, 2013

9. STATEMENTS REGARDING ORAL ARGUMENT

  A.  Plaintiff's Statement:

Plaintiff does not request oral argument

  B.  Defendant's Statement:

Defendant does not request oral argument

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 15th day of October, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:                                                          For Defendant:

s/ Robert K. Gruber                                           JOHN F. WALSH,
ROBERT K. GRUBER                                        United States Attorney
Attorney at Law                                                 District of Colorado
3500 S. Wadsworth Blvd., Suite 215
Lakewood, CO 80235-2382                               J. BENEDICT GARCIA
Telephone: 303-986-6400                                   Assistant United States Attorney
Fax: 303-986-6800
Email: bobgruber@earthlink.net                        s/ Daniel E. Burrows
                                                                              DANIEL E. BURROWS,
                                                                              Special Assistant U.S. Attorney
                                                                              Social Security Administration,
                                                                              Region VIII
                                                                              Office of the General Counsel
                                                                              Denver, CO 80202
                                                                              (303) 844-7356